UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS WOLKENSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:16-cv-02036-UN2 |
| v. ) | Hon. Richard P. Conaboy |
| ) | |
| SYNCHRONY BANK ) | |
| ) | |
| Defendant. ) | |

FILED
SCRANTON
MAY 0 1 2018

_____ CR
DEPUTY CLERK

**[PROPOSED] ORDER OF COURT**

AND NOW, this ___1st___ day of ~~April~~ May, 2018, upon consideration of the parties' joint stipulation to arbitrate claims, it is hereby ORDERED, ADJUDGED AND DECREED that this case is referred to binding arbitration as outlined by the parties, and stayed and administratively closed during the arbitration process. The parties are directed to immediately notify the Court upon the completion of the arbitration process. The Clerk is directed to administratively close this case and stay deadlines entered by the Court.

**ENTERED:**

*/s/ Richard P. Conaboy*
HON. RICHARD P. CONABOY